■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORD SALADIN, Also Known as BOBBY WARNER, Appellant. [671 NYS2d 297] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered January 22, 1997, convicting him of forgery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the court did not err in failing to conduct a competency hearing pursuant to CPL 730.30. Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.